UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No.24-04375-mar
Hon. Mark A. Randon

## CERTIFICATE OF SERVICE OF
## SUMMONS AND COMPLAINT IN AN ADVERSARY PROCEEDING

    I, Anthony J. Miller of OSIPOV BIGELMAN, P.C., 20700 Civic Center Drive, Suite 420, Southfield, MI 48076 certify That I am, and at all times hereinafter mentioned was, more than 18 years of age; That on September 6, 2024, I served a copy of the within Summons, together with a copy of the Complaint, by First-Class Mail on:

Brandon Heitmann
60749 Forest Creek
Washington Township, MI 48094

Robert N. Bassel, Esq.
PO Box T
Clinton, MI 49236-0018

I certify under penalty of perjury that the foregoing is true and correct.

Page **1** of **2**

24-04375-mar    Doc 3    Filed 09/06/24    Entered 09/06/24 17:37:51    Page 1 of 2

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **OSIPOV BIGELMAN, P.C.** |
| Dated: September 6, 2024 | /s/ Anthony J. Miller |
|  | Anthony J. Miller (P71505) |
|  | Attorneys for Trustee / Plaintiff |
|  | 20700 Civic Center Dr. Suite 420 |
|  | Southfield, MI 48076 |
|  | Phone: (248) 663-1800 |
|  | E-mail: am@osbig.com |