UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

      Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No.24-04375-mar
Hon. Mark A. Randon

**APPEARANCE, NOTICE OF**
**APPEARANCE AND REQUEST FOR NOTICES**

TO:    All Creditors and Interested Parties

PLEASE TAKE NOTICE that Jeffrey H. Bigelman of OSIPOV BIGELMAN, P.C. has this date entered his appearance in the above-captioned case as counsel for the Plaintiff, Mohamed Saad and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the debtor or the property of the debtor.

Dated: March 14, 2025	Respectfully Submitted,

**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Plaintiff, Mohamed Saad
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
Phone: (248) 663-1800 Fax: (248) 663-1801
E-mail: jhb@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Adv. Pro. No.24-04375-mar
Hon. Mark A. Randon

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I electronically filed and served a copy of the Appearance, Notice of Appearance and Request for Notices and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered on CM/ECF Filing System, including:

- **Robert N. Bassel**   bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- **Anthony James Miller**   am@osbig.com
- **Yuliy Osipov**   yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- **Tyler Phillips**   tphillips@kotzsangster.com, lpfund@kotzsangster.com;mdelorme@kotzsangster.com;aclark@kotzsangster.com

Dated: March 14, 2025

    Respectfully Submitted,
**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Plaintiff, Mohamed Saad
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
Phone: (248) 663-1800 Fax: (248) 663-1801
E-mail: jhb@osbig.com