UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-MAR
Hon. Mark A. Randon

**NOTICE OF WITHDRAWAL OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING) <u>(DOCKET NO. 32)</u>**

    PLEASE TAKE NOTICE that Plaintiff, Mohamed Saad, by and through his attorneys, OSIPOV BIGELMAN, P.C., hereby withdraws the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) (Document No. 32) filed on April 15, 2025

Dated: April 15, 2025

Respectfully Submitted,
**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Plaintiff, Mohamed Saad
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
Phone: (248) 663-1800 Fax: (248) 663-1801
E-mail: jhb@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

        Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-MAR
Hon. Mark A. Randon

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 15, 2025, the Notice of Withdrawal of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) was filed and served with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered on the ECF System for this case, including:

- **Robert N. Bassel**    bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
- **Jeffrey H. Bigelman**    jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com
- **Anthony James Miller**    am@osbig.com
- **Yuliy Osipov**    yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com
- **Tyler Phillips**    tphillips@kotzsangster.com, lpfund@kotzsangster.com;mdelorme@kotzsangster.com;aclark@kotzsangster.com

And via first class U.S. Mail upon:

    LSIS, LLC dba Skyview Detroit
    Taylor Calero, Resident Agent
    2943 Sleeth Rd
    Commerce Twp, MI 48382

Dated: April 15, 2025	Respectfully Submitted,

**OSIPOV BIGELMAN, P.C.**

/s/ Jeffrey H. Bigelman
JEFFREY H. BIGELMAN (P61755)
Attorneys for Plaintiff, Mohamed Saad
20700 Civic Center Drive, Ste. 420
Southfield, MI 48076
Phone: (248) 663-1800 Fax: (248) 663-1801
E-mail: jhb@osbig.com