# EXHIBIT B


| ID Number: 802082183 | Request certificate | Return to Results | New search |

**Summary for:** EXIGENT LANDSCAPING, LLC

**The name of the DOMESTIC LIMITED LIABILITY COMPANY:** EXIGENT LANDSCAPING, LLC

---

**Entity type:** DOMESTIC LIMITED LIABILITY COMPANY

**Identification Number:** 802082183   **Old ID Number:** F1496H

---

**Date of Organization in Michigan:** 04/21/2017

---

**Purpose:** All Purpose Clause

---

**Term:** Perpetual

---

**The name and address of the Resident Agent:**

Resident Agent Name:     BRANDON HEITMANN
Street Address:          13246 23 MILE RD
Apt/Suite/Other:
City:                    SHELBY TWP          State: MI          Zip Code: 48315

**Registered Office Mailing address:**

P.O. Box or Street Address:   13246 23 MILE RD
Apt/Suite/Other:
City:                         SHELBY TWP      State: MI          Zip Code: 48315

---

**Act Formed Under:** 023-1993 Michigan Limited Liability Company Act

**Managed By:**

Members

---

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

**View filings**

**Comments or notes associated with this business entity:**

[LARA FOIA Process]  [Transparency]  [State Web Sites]

[Michigan.gov Home]  [ADA]  [Michigan News]  [Policies]

Copyright 2024 State of Michigan