# EXHIBIT C

# Anthony Miller

| | |
|---|---|
| **From:** | Justin Booth <justin@coastaldetroit.com> |
| **Sent:** | Wednesday, November 8, 2023 2:28 PM |
| **To:** | Anthony Miller; Rfawaz529@yahoo.com |
| **Subject:** | Exigent Pool Issues - 921 Crescent Dr. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello all,

I will detail out my findings on the pool that Exigent partially installed at the Saad Residence at 921 Crescent Drive in Dearborn. I've attached photos and videos that go along with my bulleted list of issues below. If you have any further questions please let me know.

As an overview, this job was done completely unprofessionally and had a lot of items that were installed not only improperly, but completely unsafe. There were plenty of items that were not up to building codes and items that wouldn't have functioned correctly in the intended manner. The only thing that was done close to correctly was the shotcrete shell installation, but the design and functionality is not conducive to the homeowner's intended use with young kids playing in this pool.

What was "installed":
 - Shotcrete pool shell
 - Tile and coping on pool
 - Underground plumbing and electrical lines, ran back to equipment pad
 - Ledgerock grotto over spa

Issues with what was "installed" and improper / unacceptable construction:

1. Grotto Footing: The grotto's footing appears to be inadequately sized, potentially compromising the structural integrity and safety of the feature.
2. Ledge Rock Grotto: The engineering of the ledge rock grotto has raised concerns about its safety and stability, and it is imperative that the current grotto be removed and a new structure built to ensure it meets all safety standards.
3. Pool Design: The absence of a shallow area in the pool represents a significant oversight, as this poses a safety hazard and restricts the functionality of the pool.
4. Lazy River Channel: The narrowness of the lazy river channel prevents safe and enjoyable use with inflatable tubes.
5. Plumbing and Pump System: The plumbing lines and pump system have not been correctly designed for the lazy river and pool. The undersized pumps risk inadequate circulation and filtration.
6. Pool Steps: The pool steps are undersized and present safety concerns. They should be replaced to ensure safety and functionality.
7. Spa Spill-Over: The spa spill-over has been built too low, hindering its ability to function correctly. It is imperative that the spill-over is raised to ensure proper water flow.
8. Tan Ledge in Lazy River: The tan ledge in the middle of the lazy river is too deep to function as intended. This issue necessitates adjustment to meet the desired functionality.
9. Bubblers with Lights: The bubblers in the tan ledge were meant to have lights, but the conduits were incorrectly installed, preventing the installation of lights. This needs to be corrected for the desired aesthetics and safety.
10. Undersized Plumbing: The undersized plumbing throughout the project is a critical concern that must be addressed to ensure the efficiency and reliability of the entire system.

11. Pool Surrounding Elements: Everything outside of the pool shell needs to be replaced to rectify the issues identified and to create a safe and aesthetically pleasing environment.
12. Spa Lighting: No lights were installed inside the spa, and they will need to be cut in to meet safety and aesthetic standards.
13. Tan Shelf Spill-Over: The spill-over for the tan shelf was also installed too low, affecting water flow and potentially creating cleaning issues. It is imperative to raise it to the correct level.
14. Electrical Conduits: Electrical conduits on the entire project were not installed to code standards. A comprehensive review and update are essential to ensure safety and compliance.
15. Underground Inspections: All underground plumbing and electrical work was buried without city inspections in Dearborn, and no bonding wire was installed, creating potential safety hazards and code violations.
16. Lack of Oversight: A general lack of oversight throughout the project has contributed to these issues, and it is imperative that a rigorous review process is put in place

In summary, the Saad Residence Pool project falls significantly short of meeting the client's wants and needs as per the original design and engineering specifications.

We are committed to working closely with you to address these concerns and ensure that the Saad Residence Pool project reaches its full potential in terms of safety, functionality, and aesthetics.

**Cheers,**

[Saad original conditions 1.JPG](#)

[Saad original conditions 2.JPG](#)

[Saad original conditions 3.JPG](#)

[Saad original conditions 4.JPG](#)

[Saad original plumbing : electrical exposed 1.JPG](#)

[Saad original plumbing : electrical exposed 2.JPG](#)

[Saad original plumbing : electrical exposed 3.JPG](#)

[Saad original plumbing : electrical exposed 4.JPG](#)

[Saad plumbing removed : new trenches dug.JPG](#)

Justin Booth

*Coastal*

*248-470-0439*
*www.coastaldetroit.com*