# EXHIBIT E



**Coastal**

25005 Trans X Road   •   Novi, MI 48375   •   Phone: 248-470-0439

Saad Pool
Job Address:
921 Crescent Dr.
Dearborn, MI 48124

Print Date:   9-11-2023

## Proposal for Saad Pool

Thank you for considering Coastal Pools.

Justin Booth
Coastal Pools

## Preliminary Construction

| Items | Description |
|---|---|
| Permits Allowance | $2,000 Allowance. |
| Equipment & Mobilization | Excavator, Skid Steer, Fuel, etc. |

**Preliminary Construction Total:**                                            $5,400.00

## Site Work / Demo

| Items | Description |
|---|---|
| Excavation Labor | Excavation for plumbing, removal of existing slabs for grotto, digging new grotto footings |
| Demo Existing Ledge Rock "grotto" | Includes machines needed to take apart existing ledge rock and keep stack materials on site for future use. |
| Haul-out | |
| Sand | |
| Backfill Labor | |

**Site Work / Demo Total:**                                            $38,315.00

## Concrete Work

| Items | Description |
|---|---|
| Concrete | Concrete for shooting up floor in tanning shelf area & grotto footings |
| Shooting Labor | Concrete pouring / shooting for footings and shell |

## Concrete Work Total: $26,160.00

## Plumbing

| Items | Description |
|---|---|
| 1.5" Hard Pipe | |
| 2" Hard Pipe | |
| 2" Tees | |
| 2" 90s | |
| 3" Schedule 40 PVC | |
| 3" Schedule 40 90 degree Elbow | |
| 3" Schedule 40 Tees | |
| 4" Schedule 40 PVC | |
| 4" Schedule 40 90 degree Elbow | |
| 4" Schedule 40 Tees | |
| No Lube Valves | 12/CS 2"-2.5" 3-PORT PVC DIVERTER VALVE |
| Air Blower | Air Supply of the Future<br>2HP 240V Silencer Air Blower |
| Waterfall Weirs | 1 - Waterfall weir for grotto<br>1 - Waterfall weir for bridge |
| Laminars LED Deck Jets | Pentair 580001G<br>Laminar 100' Cord Grey Lid |
| 3HP Pump | Pentair<br>3HP 230V INTELLIFLO VSF VARIABLE SPEED & FLOW PUMP<br>1 for pool and spa circulation, 1 grotto slide, 1 bubblers / laminars, 1 grotto sheer / bridge sheer |
| 5HP Pump | 5HP 208-230/277/460V 1PH/ 3PH WHISPERFLOXF VS PUMP<br>4 pumps lazy river, |
| Pentair Clean & Clear 200 | Pentair: 160318<br>Cartridge filter 90k gallon 10 hour turnover (Slim)<br>Laminar filter |
| Pentair Clean & Clear Plus 520 | Pentair: 160332<br>Cartridge filter 90k gallon 10 hour turnover |
| Pentair MasterTemp 400HD Heater | Pentair: 460805<br>Upgraded internals to CU-NI |
| Plumbing Labor | Plumbing & equipment installation |

| Items | Description |
|---|---|
| Natural Gas Subcontractor | $5,000 allowance - gas ran to pool equipment from house to back corner of property |

## Plumbing Total:                                                                                     $89,861.93

## Electrical

| Items | Description |
|---|---|
| Conduit 1" | |
| Lighting | 15W 12V Globrite Color LED<br>11 pool lights<br>1 spa<br>4 grotto<br>2 bubblers |
| 1" 90s | Unit |
| Transformers | 300W Transformer |
| Automation | Pentair<br>INTELLICENTER I8PS POOL/SPA CONTROL W/ SCG |
| Electrical Subcontractor | $25,000 allowance.<br>150 amp service ran to pool equipment. Pool equipment hooked into automation panel. Low-voltage ran to automation panel. |

## Electrical Total:                                                                                   $59,636.45

## Tile & Coping

| Items | Description |
|---|---|
| Tile & Coping Labor | Demo / raise spillways, redo spillway coping / tile, touch ups as needed, demo and replace as needed. |
| Pool Coping (to match existing) | |
| Tile (NPT tile to match) | NPT Tile to match existing |

## Tile & Coping Total:                                                                                $15,450.00

## Pebble

| Items | Description |
|---|---|
| Pebble Sheen | Pebble for pool shell, shelf, steps, spa shell, spa bench, spa steps |
| Pool Salt | 40# PROS PICK QUICK DISSOLVE PLUS POOL SALT |

## Pebble Total:                                                                                       $46,792.56

## Additional

| Items | Description |
|---|---|
| DOLPHIN M400 IG ROBOTIC CLNR W/ WI-FI & CADDY | |
| Maintenance Kit | |

### Additional Total: $2,162.39

## Redo Tanning Shelf

| Items | Description |
|---|---|
| Tile (NPT tile to match) | NPT Tile to match existing pool tile |
| Tile & Coping Labor | Redo tanning shelf area with full spillway on all 3 sides. Full tile floor |

### Redo Tanning Shelf Total: $15,500.00

## Grotto

| Items | Description |
|---|---|
| Grotto / Slide Installation | Custom Shotcrete Grotto (as shown in rough sketch) |
| Shotcrete Bridge | Custom shotcrete bridge w/ wood plank style floor and railing. The radius will have an appropriate height at the apex to insure that customers have ample room for their tubing experience. |
| Tropical Tree Rope Swing | Tropical Tree Rope Swing with custom carved palm tree and rope. |

### Grotto Total: $185,704.40

### Total Price: $484,982.73

- Warranties:
    - 3 year pool equipment (Labor)
    - Products per manufacturer
    - 2 year pebble finish (Labor and Material)
- Materials selected, trades, etc. are subject to customer material allowances.
- Any underground lines not marked by MISS Dig are not the responsibility of Coastal for replacement.
- Any underground irrigation is not the responsibility of Coastal for replacement.
- In the event that permits are not able to be obtained, Coastal will retain $5,000 of the deposit to bill against shop drawings and time into permit drawings.
- In the event of unstable earth, water infiltration, etc., remediation is not included and will need to be accounted for before continuing work. This could include:
- Extra stone,Extra framing and steel, de-watering system, Drain tile, etc.
- Coastal reserves the right to substitute the pool equipment to an equal manufacturer based on availability.
- **Driveway protection is not included. If the driveway is the only point of access, Coastal will not be held responsible for any cracks or damage from machines and/or trucks throughout the project.**

- **Remediation of lawn, sprinklers, landscaping etc. that is in the way of pool construction or access for pool construction is not included and Coastal will not be held responsible for any damage that may occur during construction.**
- **Pool water not included. Water can be trucked in for $800 per truck, or the homeowner can coordinate directly.**
- **No winter cover included. Winter cover can be quoted out after the job is completed.**
- **Change Orders Payments:**
    - For CO's $10,000.00 or less, payment is due upon signing of the change order.
    - For CO's greater than $10,000.00, 50% is due upon signing of the change order and 50% is due upon completion of the change order portion of the project.
- **Payment Terms:**
    - **20% payment due at signing**
    - **Remaining draw to be paid at completion points. Draw schedule to be signed off and agreed upon prior to job start.**

I confirm that my action here represents my electronic signature and is binding.

**Signature:** _____

**Date:** _____

**Print Name:** _____