# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.

_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-MAR
Hon. Mark A. Randon

## STIPULATION REGARDING THE DEPOSITION OF HANK BELL ON MAY 7, 2025 AT 12:00PM

The undersigned parties, by and through their attorneys, stipulate that the deposition of Hank Bell is to proceed on May 7, 2025 at 12:00PM.

*WHEREAS,* the Plaintiff issued a subpoena to Hank Bell and he was personally served with said subpoena on April 3, 2025, to appear for an examination and to produce documents on April 18, 2025.

*WHEREAS,* Plaintiff noticed the deposition of Hank Bell for April 18, 2025. However, April 18, 2025 is a religious holiday. Accordingly the Parties agree to reschedule the deposition and production of documents to a different date as more fully set forth in the proposed order.

Agreed: April 15, 2025

/s/ Tyler P. Phillips
Tyler P. Phillips (P78280)
Yousef M. Farraj (P79760)
Attorneys for Defendant Saad
400 Renaissance Ctr. Ste 3400
Detroit, MI 48243
313-259-8633
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

/s/ Goran Antovski
Goran Antovski (P75898)
Attorney for Hank Bell
198 Main St Ste 2
Mount Clemons, MI 48043
586-221-4100
goran@michiganjustice.com

/s/ Jeffrey H. Bigelman
Jeffrey H. Bigelman (P61755)
Anthony J. Miller (P71505)
Attorney for Plaintiff Saad
20700 Civic Center Dr, Suite 420
Southfield, MI 48076
248-663-1800
jhb@osbig.com/am@osbig.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

BRANDON HEITMANN,

      Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.

_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-MAR
Hon. Mark A. Randon

### ORDER GRANTING STIPULATION REGARDING THE DEPOSITION OF HANK BELL ON MAY 7, 2025 AT 12:00PM

This matter having come before the Court upon the stipulation between the Parties, for entry of this Order, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the deposition of Hank Bell is adjourned to May 7, 2025 at 12:00PM. The examination shall be taken via Zoom video conferencing as stated in the subpoena.

IT IS FURTHER ORDERED that on or before May 4, 2025, noon, Hank Bell shall produce the following documents that he was subpoenaed to produce in regard to the property located at 921 Crescent Drive, Dearborn ("Property"):

1. All communications with Exigent Landscaping, LLC and/or Brandon Heitmann regarding the project at the Property.

2. All documents evidencing that you gave Exigent Landscaping, LLC and/or Brandon Heitmann authority to apply for permits in the name of your company.

3. All documents evidencing that you gave Exigent Landscaping, LLC and/or Brandon Heitmann authority to work under your residential builder's license.

4. All documents evidencing that Madison Braunz was an authorized representative of Construction Contractors, LLC.

Date:

_____

Hon. Mark A. Randon