# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

                                                          Chapter 7
                                                          Case No. 24-41956-mar

BRANDON HEITMANN,                                  Hon. Mark A. Randon

      Debtor(s).
_____/

MOHAMED SAAD,

      Plaintiff,                                                  Adv. Pro. No. 24-04375-mar
                                                            Hon. Mark A. Randon
v.

BRANDON HEITMANN,

      Defendant.
_____/

## NOTICE OF SUBPOENAS

      PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Defendant, Brandon Heitmann, by and through his attorneys, Kotz Sangster Wysocki P.C., intends to serve subpoenas in the form attached on: Dolphin Water Slides; Justin Booth; Messina Concrete; Mohamed Saad; Osama J. Abdullah; and Rana Fawaz on April 23, 2025, or as soon thereafter as service may be effectuated.

                                                                    Respectfully submitted,

                                                                    **KOTZ SANGSTER WYSOCKI P.C.**

Dated: April 23, 2025                     */s/ Tyler P. Phillips*
                                                         Tyler P. Phillips (P78280)
                                                         Yousef M. Farraj (P79760)
                                                 Attorneys for Defendant Brandon Heitmann
                                               400 Renaissance Center, Suite 3400
                                               Detroit, Michigan 48243
                                               (313) 259-8633
                                               tphillips@kotzsangster.com
                                               yfarraj@kotzsangster.com