UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

  Plaintiff,

v.

BRANDON HEITMANN,

  Defendant.
_____/

Chapter 13
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-MAR
Hon. Mark A. Randon

## ORDER GRANTING DEFENDANT BRANDON HEITMANN'S EX PARTE MOTION TO EXPEDITE THE HEARING DATE OF DEFENDANT'S MOTIONS

This matter having come before the Court upon the Defendant's motion; and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Defendant's Ex Parte Motion to Expedite the Hearing Date of Defendant's Motion is GRANTED.

IT IS HEREBY ORDERED that the hearing for Defendant's Motion to Compel Complete Discovery, Motion to Strike Plaintiff's Identified Experts, and Motion to Adjourn Dates will be expedited and heard on *May 5, 2025, at 2:00 p.m.*

1

All interested parties must call 1-202-503-1666 and use conference ID 231 911 059#.

    IT IS FURTHER ORDERED that any objections to Defendant's Motion to Compel Complete Discovery, Motion to Strike Plaintiff's Identified Experts, and Motion to Adjourn Dates must be filed on or before ***5:00 p.m. on May 2, 2025***.

**Signed on April 25, 2025**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**