**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTER OF:

                                                                    Chapter 7
                                                                      Case No. 24-41956-mar

BRANDON HEITMANN,                          Hon. Mark A. Randon

        Debtor(s).
_____/

MOHAMED SAAD,

   Plaintiff,                                                 Adv. Pro. No. 24-04375-mar
                                                                Hon. Mark A. Randon

v.

BRANDON HEITMANN,

   Defendant.
_____/

## **RE-NOTICE OF TAKING DEPOSITION OF MOHAMED SAAD**

**To:**    Mohamed Saad
         c/o OSIPOV BIGELMAN P.C.
         Jeffrey H. Bigelman, Esq.
         20700 Civic Center Drive, Suite 420
         Southfield, MI 48076

     PLEASE TAKE NOTICE that Counsel for Defendant, Brandon Heitmann, will take the deposition of Mohamed Saad, on **May 17, 2025 at 10:00 AM** at the offices of **OSIPOV BIGELMAN P.C., 20700 Civic Center Drive, Suite 420, Southfield, MI 48076.**

Deponent is to have personal knowledge to testify to all claims alleged in the Complaint and all averments made in his pleadings in this matter.

The deposition will be transcribed by a court reporter.

    Respectfully Submitted,

**KOTZ SANGSTER WYSOCKI P.**C.

By: */s/ Tyler P. Phillips*
    Tyler P. Phillips (P78280)
    Yousef M. Farraj (P79760)
Attorneys for Defendant Brandon Heitmann
400 Renaissance Ctr. Ste. 3400
Detroit, MI 48243
313-259-8633
tphillips@kotzsangster.com
yfarraj@kotzsangster.com

Dated: April 25, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

                                          Chapter 7
                                          Case No. 24-41956-mar
BRANDON HEITMANN,               Hon. Mark A. Randon

       Debtor(s).
_____/

MOHAMED SAAD,

    Plaintiff,                                Adv. Pro. No. 24-04375-mar
                                          Hon. Mark A. Randon
v.

BRANDON HEITMANN,

    Defendant.
_____/

## Certificate of Service

      I hereby certify that on April 25, 2025, I, served a copy of the **Re-Notice of Taking Deposition of Mohamed Saad** by filing the same with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered on the ECF System for this case, including:

      **Robert N. Bassel** bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com
      **Jeffrey H. Bigelman** jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com
      **Anthony James Miller** am@osbig.com
      **Yuliy Osipov** yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

                                          Respectfully Submitted,
                                          **KOTZ SANGSTER WYSOCKI P.**C.

                                          By: */s/ Yousef M. Farraj*
                                               Yousef M. Farraj (P79760)
                                          Attorneys for Defendant Brandon Heitmann
                                          400 Renaissance Ctr. Ste. 3400
                                          Detroit, MI 48243
                                          313-259-8633
                                          yfarraj@kotzsangster.com