UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Adv. Pro. No. 24-04375-mar
Hon. Mark A. Randon

## ORDER GRANTING
## EX PARTE MOTION TO EXPEDITE HEARING ON
## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**THIS MATTER** having come before the Court upon the Plaintiff's Ex Parte Motion, and the court finding good cause for the entry of the Order:

**IT IS HEREBY ORDERED** that a telephonic hearing shall be held on Plaintiff's Motion to Compel Discovery [ECF No. 40] on May 5, 2025, at 2:00 p.m. All interested parties must call 1-202-503-1666 and use conference ID 231 911 059#.

**Signed on April 28, 2025**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge