UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Brandon Heitman,　　　　　　　　　　　　　　Case No.: 24-41956
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.　　　　　　　　　　　　　　　Hon. Mark A. Randon
_____/

Mohamed Saad,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding
　　　　　　　　　　　　　　　　　　　　　　Case No.: 24-04375

Brandon Heitmann,

　　　　Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE WITNESSES AND ADJOURN DATES

This matter is before the Court on Defendant's motions to strike Plaintiff's expert witnesses and to adjourn dates. The Court held a hearing on May 5, 2025. For the reasons stated on the record, Defendant's motion to strike Plaintiff's expert witnesses is **GRANTED**.

Further, Defendant's motion to adjourn dates is **GRANTED.** The dates will be adjourned for 45 days as follows:

　　a.　All discovery commenced in time to be completed by July 3, 2025.

　　b.　All potentially dispositive motions should be filed by August 4, 2025.

　　c.　A joint final pretrial order prepared in accordance with L.B.R. 7016-1(E.D.M.) shall be submitted for entry at least seven (7) days before the final pretrial conference.

　　d.　A final pretrial remote conference will be held on August 25, 2025 @ 2:00 pm.

　　e.　The in person trial will commence on October 2, 2025 @ 10:00 am.

Parties shall continue to provide discovery materials in accordance with the Court's instructions stated on the record. There will be a discovery status hearing on **May 19, 2025 at 2:00pm**. All interested parties must call 1-202-503-1666 and use Conference ID 231 911 059#.

**IT IS ORDERED**.

**Signed on May 9, 2025**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**