UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

BRANDON HEITMANN

Chapter 7
Case No. 24−41956−mar
Hon. Mark Randon

Debtor(s)
_____/

MOHAMED SAAD,

    Plaintiff,

v

BRANDON HEITMANN                      Adv. Pro. No. 24-04375-mar

    Defendant.
_____/

## DEFENDANT / DEBTOR BRANDON HEITMANN'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES,** Debtor / Defendant, Brandon Heitmann, by and through his Attorney Tyler P. Phillips, of the law firm Apex Law, who hereby states that his Motion for Summary Disposition is hereby incorporated by reference in Debtor / Defendants Exhibit 3. Exhibit 5 is intentionally omitted as there are no affidavits to present to the Court at this time. Concurrence was sought for this motion on July 25, 2025 and was denied.

Respectfully Submitted

_____ 08/04/2025
Tyler P. Phillips (P78280)
Attorney for Debtor / Defendant