1          UNITED STATES BANKRUPTCY COURT

2           EASTERN DISTRICT OF MICHIGAN

3                SOUTHERN DIVISION

4

5   In re:                    Chapter 13

6   BRANDON HEITMANN,          Case No. 24-41956-MAR

7       Debtor.                Hon. Mark A. Randon

8   _____/

9   MOHAMED SAAD,

10      Plaintiff,             Adv. Pro. No. 24-04375-mar

11  vs.                        Hon. Mark A. Randon

12  BRANDON HEITMANN,

13      Defendant.

14  _____/

15

16

17          The Video Deposition of AMANDA PISARSKI,

18          Taken via Hanson Remote,

19          Commencing at 9:30 a.m.,

20          Tuesday, July 22, 2025,

21          Before Susannah Gorman, CSR-9271, RPR.

22

23

24

25

Page 2

1   APPEARANCES:

2

3   JEFFREY H. BIGELMAN, ESQ. (P61755)

4   Osipov Bigelman, P.C.

5   20700 Civic Center Drive, Suite 420

6   Southfield, Michigan 48076-4140

7   (248)663-1800

8   jhb@osbig.com

9        Appearing on behalf of the Plaintiff.

10

11  TYLER PATRICK PHILLIPS, ESQ. (P78280)

12  Kotz Sangster Wysocki P.C.

13  400 Renaissance Center, Suite 3400

14  Detroit, Michigan 48243-1618

15  (313)259-8782

16  tphillips@kotzsangster.com

17       Appearing on behalf of the Defendant.

18

19  ALSO PRESENT:

20  Neal Rogers, Legal Videographer

21  Brandon Heitmann, Defendant

22

23

24

25

Page 3

1                   TABLE OF CONTENTS

2

3   AMANDA PISARSKI                      PAGE

4

5

6   Examination                          6

7   By Mr. Bigelman

8

9

10                    EXHIBITS

11

12  EXHIBIT                              PAGE

13  (Exhibits attached to transcript.)

14

15  DEPOSITION EXHIBIT C                 15
    9:53 a.m.

16  Swimming Pool Permit Application
    DEPOSITION EXHIBIT T                 17

17  9:56 a.m.
    Lawsuit complaint for the Boyds

18  DEPOSITION EXHIBIT AA                18
    9:58 a.m.

19  Business Resilient Outdoor Living

20

21

22

23

24

25

Page 4

1   Remote deposition

2   Tuesday, July 22, 2025

3   About 9:30 a.m.

4        THE VIDEOGRAPHER:  We are on the record.

5   This is the video-recorded deposition of Amanda

6   Pisarski being taken remotely via Zoom.  Today is July

7   22, 2025, and the time is 9:32 a.m.  Would the

8   attorneys please identify themselves and the court

9   reporter please swear in the witness.

10       MR. BIGELMAN:  Jeffrey Bigelman on behalf

11  of Plaintiff.

12       MR. PHILLIPS:  Tyler Phillips, P78280, on

13  behalf of Defendant.

14       THE COURT REPORTER:  Good morning,

15  everybody.  My name is Susannah Gorman, a Michigan

16  State notary public and certified shorthand reporter,

17  and this deposition is being held via

18  videoconferencing equipment.  The witness and reporter

19  are not in the same room.  The witness will be sworn

20  in remotely pursuant to agreement of all parties.  The

21  parties stipulate that the testimony is being given as

22  if the witness was sworn in person.

23        Do you solemnly swear that the testimony

24  you are about to give will be the truth, the whole

25  truth, and nothing but the truth?

Page 5

1        **THE WITNESS:  Yes.**

2            **AMANDA PISARSKI,**

3   **having first been duly sworn, was examined and**

4   **testified on her oath as follows:**

5        MR. BIGELMAN:  We're here today for your

6   duly noticed deposition and your husband's adversary

7   proceeding.  My client Mohamed Saad brought a

8   complaint against him.  Have you ever given a

9   deposition before?

10       **THE WITNESS:  No.**

11       MR. BIGELMAN:  Okay.  It's fairly simple.

12  As you see, we have a court reporter.  I'm going to

13  ask you questions.  We're making a record of it, so we

14  want to make a clear record.  If you don't understand

15  me or you would like me to restate it, I'm happy to do

16  so because, as I stated, we want a clear record.

17  Okay?  I will presume that any answers you give me are

18  responsive to my questions.  Okay?

19        At certain points during the examination,

20  your attorney may make objections.  You're still

21  required to answer.  He's just making an objection for

22  the record.  Okay?

23       **THE WITNESS:  Okay.**

24       MR. BIGELMAN:  Is there anything that would

25  impair your memory, such as a health issue, a

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Page 6**

1  prescription drug issue, street drug issue, alcohol?
2  Anything that would impair your memory as we're here
3  today?
4      **THE WITNESS: No.**
5          EXAMINATION
6  BY MR. BIGELMAN:
7  Q.  Have you ever been convicted of a crime?
8  **A.  No.**
9  Q.  Okay.  Is it okay if I call you Amanda?
10 **A.  Yeah.**
11 Q.  Okay.  Where do you live, Amanda?
12 **A.  I live in Washington Township.**
13 Q.  And how long have you lived there?
14 **A.  Since July of 2023, I think.  I can't remember the**
15 **year exactly.**
16 Q.  You're married to Brandon Heitmann?
17 **A.  Yes.**
18 Q.  And how long have you been married?
19 **A.  Since December 30th of 2021.**
20 Q.  And before we got started, I believe you stated your
21 legal name is your maiden name, Pisarski?
22 **A.  Yeah.  Just never changed it, yeah.**
23 Q.  Okay.  Do you have any education past high school?
24 **A.  Yes.**
25 Q.  What would that be?

**Page 7**

1  **A.  A bachelor's degree.**
2  Q.  From where?
3  **A.  Michigan State University.**
4  Q.  When did you receive that degree?
5  **A.  2018.**
6  Q.  Any degrees past your bachelor's degree?
7  **A.  No.**
8  Q.  Any certifications, licenses, anything like that?
9  **A.  Residential builder's license.**
10 Q.  When did you obtain that?
11 **A.  It was earlier this year, maybe in January.**
12 Q.  January of 2025?
13 **A.  I think so.  Either January -- maybe February.**
14 **Something like that, yeah.**
15 Q.  Was that tied to any type of business?
16 **A.  My business.**
17 Q.  What's your business called?
18 **A.  Resilient Outdoor Living.**
19 Q.  What kind of business is this?
20 **A.  Mainly landscaping at the moment.  We also do pool**
21 **cleanings.**
22 Q.  Do you have an assumed name?
23 **A.  What do you mean?**
24 Q.  Does it go by any other name?
25 **A.  Oh, the company?  No.**

**Page 8**

1  Q.  Do you guys build pools?
2  **A.  Not at the moment, no.**
3  Q.  And who are your employees?
4  **A.  We have -- really, we only have one employee right**
5  **now, other than myself and my husband.**
6  Q.  Who is the third employee?
7  **A.  His name is D.J.**
8  Q.  What's D.J.'s last name?
9  **A.  Wolf.**
10 Q.  Did D.J. Wolf work at Exigent Landscaping?
11 **A.  No.**
12 Q.  Did you work at Exigent Landscaping?
13 **A.  I did.**
14 Q.  And what was your role there?
15 **A.  At what point in time?**
16 Q.  When did you start working there?
17 **A.  I think 2019.  Maybe May of 2019, something like that.**
18 Q.  Didn't you have a title in 2019?
19 **A.  In 2019, I guess my title was designer.  I was the**
20 **landscape designer of the company.**
21 Q.  At any point in time, did that title change?
22 **A.  Yeah, it did.  Yeah.**
23 Q.  And when did it change?
24 **A.  I don't know when, but at one point I know my title**
25 **changed to process improvement analyst, maybe sometime**

**Page 9**

1  **in 2021 maybe.  I -- I really -- I don't know.**
2  Q.  What would your job duties be?
3  **A.  Basically trying to make the sales process more**
4  **efficient.**
5  Q.  In what manner?
6  **A.  Because -- well, just, like, make it more efficient.**
7  **Like, our sales process was long, so I was just trying**
8  **to make it more efficient for the team members.**
9  Q.  Did you acquire any further (indiscernible)?
10     (The court reporter needs counsel to repeat
11 his question.)
12     Did you acquire any additional titles while
13 working at Exigent Landscaping?
14 **A.  Not that I can recall.**
15 Q.  Did you have any check writing authority at Exigent?
16 **A.  Yes.**
17 Q.  Did you, in fact, write checks, make the deposits,
18 make withdrawals?
19 **A.  Sometimes.**
20 Q.  Did you also apply for permits on behalf of the
21 company?
22 **A.  What does that mean?**
23 Q.  Did you assist in the process of applying for permits?
24     MR. PHILLIPS:  Jeff, she's gonna invoke the
25 Fifth for anything regarding permits.



1    MR. BIGELMAN: Well, if she's gonna, that's
2  something she needs to state, not you.
3          MR. PHILLIPS: But I'm going to advise you
4  to invoke your Fifth Amendment right.
5          **THE WITNESS: I will invoke my Fifth**
6  **Amendment.**
7  BY MR. BIGELMAN:
8  Q.  What address did Exigent Landscaping operate out of?
9  **A.  At what point in time?**
10  Q.  Well, you started in 2019. What address did it
11    operate out of then?
12  **A.  In 2019, I believe it operated out of Brandon's**
13    **parents' home.**
14  Q.  What's that address?
15  **A.  14450 Bournemuth Drive, Shelby Township, Michigan.**
16  Q.  Did that change at some point? Did it operate
17    somewhere else after that?
18  **A.  Yes.**
19  Q.  Where?
20  **A.  Another office in Shelby Township. I couldn't tell**
21    **you the address, though. I don't remember.**
22  Q.  Did it operate out of your home once you bought your
23    home in --
24  **A.  Oh, no, no.**
25  Q.  -- 2022? Where else did it operate out of?

1  **A.  So after his parents' house, like I said, it was an**
2    **office in Shelby Township, and then we also kept our**
3    **equipment at a different yard in Shelby Township, but**
4    **then at some point we got, like, a yard and office**
5    **combined, and that was also in Shelby Township.**
6  Q.  What was the address of the yard, slash, office?
7  **A.  I don't recall. I don't know off the top of my head.**
8  Q.  Where does Resilient Outdoor Living operate out of?
9  **A.  Warehouse.**
10  Q.  What's the address of that?
11  **A.  60749 Forest Creek Drive, Washington Township,**
12    **Michigan.**
13  Q.  What's the phone number for Resilient Outdoor Living?
14  **A.  Right now, I believe on our website we have it as**
15    **586-802-9690, but we're in the process of switching it**
16    **over to a different number.**
17  Q.  What was the phone number that Exigent Landscaping
18    used?
19  **A.  I -- I don't know. I know for a long time it did use**
20    **a number that was 586-383-8308. I don't know for -- I**
21    **know it was the majority of the time, but other than**
22    **that, I don't know.**
23  Q.  Did you go from working at Exigent Landscaping to
24    opening Resilient Outdoor Living?
25  **A.  Yes.**

1  Q.  That would have happened right after Exigent filed
2    bankruptcy; is that right?
3  **A.  A little bit after, yep, like a couple months after.**
4  Q.  And are you the sole owner of Resilient Outdoor
5    Living?
6  **A.  Yes.**
7  Q.  And what capital did you use to start up Resilient
8    Outdoor Living?
9          MR. PHILLIPS: I'll let some rope on here,
10    but this isn't a creditor's exam. You don't have a
11    judgment. You're not trying to pierce the corporate
12    veil right now. This is about the proofs on whether
13    or not you guys have damages and for fact witness to
14    this case; so I'm going to ask that you move on
15    because you're taking a creditor's exam. So I'm
16    giving some rope, but this is not a creditor's exam.
17    You don't have a piercing action right now.
18          MR. BIGELMAN: Very well.
19          Amanda, answer the question, please.
20          MR. PHILLIPS: I'm going to direct you not
21    to answer.
22          If you want to bring it up with the judge,
23    go ahead, Jeff.
24          MR. BIGELMAN: Can you repeat the question
25    that I asked.

1          (The court reporter read back the previous
2    question at 9:47 a.m.)
3          **THE WITNESS: By the advice of my legal, I**
4    **will not answer that.**
5  BY MR. BIGELMAN:
6  Q.  What money were you paid at Exigent Landscaping?
7  **A.  What time period?**
8  Q.  Well, in the last year you were there, were you on
9    salary?
10  **A.  In the last year, yes, I was on salary.**
11  Q.  What was your salary?
12  **A.  I believe it changed. Just a guess. I believe in the**
13    **first half, we were somewhere -- or I was paid**
14    **somewhere around a hundred thousand, but at some point**
15    **we did have to make reductions to people's pay, and my**
16    **pay went down to around 80,000, if I remember**
17    **correctly.**
18  Q.  Were you responsible for payroll at Exigent?
19  **A.  At what time period?**
20  Q.  Before it shut down.
21  **A.  What was that?**
22  Q.  Before it shut down.
23  **A.  Before it shut down, I think maybe for the last three**
24    **months or so. Last few months, I -- I believe I was**
25    **the one running the payroll, yes.**



Page 14

1  Q.  What was your husband's salary at that time?
2  A.  At what time?
3  Q.  Before the company closed.
4  A.  I have no idea.
5  Q.  Are you the 100 percent owner of Resilient Outdoor
6     Living?
7  A.  Yes.
8  Q.  Is that a "yes"?
9  A.  Yes.
10 Q.  Did you have any ownership interest in Exigent
11    Landscaping, LLC?
12 A.  No.
13         MR. BIGELMAN:  Can you guys see what I have
14    put on the screen here?
15 BY MR. BIGELMAN:
16 Q.  Can you see the screen, Amanda?
17 A.  (Nonverbal response.)
18 Q.  Can you see the screen, Amanda?
19 A.  Yes.
20 Q.  Amanda, can you hear me?
21 A.  Yep.
22         MR. PHILLIPS:  Yeah.  She's answered, Jeff.
23    We can see it.  I don't know if you can't hear us.
24         MR. BIGELMAN:  Yeah, I couldn't hear her
25    response.

Page 15

1         THE WITNESS:  Sorry.  Yeah, I said, "Yes."
2  BY MR. BIGELMAN:
3  Q.  All right.  Do you see the document titled "Swimming
4     Pool Permit Application"?
5  A.  Yes.
6  Q.  The right-hand corner is dated 8-31-22.  Do you see
7     that?
8  A.  Yes.
9  Q.  Whose handwriting is on this document?
10         MR. PHILLIPS:  Amanda, I'm going to advise
11    you to invoke your Fifth Amendment right.
12         THE WITNESS:  I will invoke my Fifth
13    Amendment right.
14 BY MR. BIGELMAN:
15 Q.  For record purposes, this is marked as Exhibit C.  Do
16    you see the second page?  It says your name on here.
17         MARKED BY THE REPORTER:
18         DEPOSITION EXHIBIT C
19         9:53 a.m.
20 A.  Yeah.
21 Q.  Did you write that?
22         MR. PHILLIPS:  I advise --
23         THE WITNESS:  I invoke my Fifth Amendment
24    right.
25

Page 16

1  BY MR. BIGELMAN:
2  Q.  Do you see below and to the right of your name it says
3     "bheitmann12@yahoo.com"?  Do you see that?
4  A.  I see that.
5  Q.  Did you write that?
6  A.  I will invoke my Fifth Amendment right.
7  Q.  Did you ever sign Hank Bell's name on any applications
8     or permits?
9  A.  I will invoke my Fifth Amendment right.
10 Q.  Were you an employee or an agent of Construction
11    Contractors?
12 A.  I will invoke my Fifth Amendment right.
13 Q.  Were you responsible for purchasing materials for
14    Exigent Contracting?
15 A.  (Inaudible.)
16 Q.  I didn't hear your answer.
17 A.  No.
18 Q.  Have you ever been sued personally?
19 A.  Yes.
20 Q.  By who?
21 A.  I believe only in one lawsuit, but I would have to ask
22    my counsel 'cause I'm not too sure.
23 Q.  Who was the plaintiff in that lawsuit?
24 A.  Alex and Rebecca Boyd.
25 Q.  Showing you what's been marked as Exhibit T.  Is this

Page 17

1     the lawsuit you were talking about?
2         MARKED BY THE REPORTER:
3         DEPOSITION EXHIBIT T
4         9:56 a.m.
5  A.  Yes.
6         MR. PHILLIPS:  Sorry, Jeff.  Was that T as
7     in, like, Tyler?
8         MR. BIGELMAN:  Exactly.
9         MR. PHILLIPS:  Thank you.
10 BY MR. BIGELMAN:
11 Q.  Has this lawsuit been resolved as to you?
12 A.  I would have to advise to my legal.  I --
13         MR. PHILLIPS:  Jeff, I don't want to answer
14    for her.  So technically, yes, it's been resolved
15    insofar as we've been dismissed; no insofar as we're
16    going to private arbitration.
17 BY MR. BIGELMAN:
18 Q.  Showing you what's been marked Exhibit AA, licensing
19    information for Resilient Outdoor Living.  License
20    issue date, July 19, 2024.  License status, 2405
21    suspension.  Do you see that?  Do you see that,
22    Amanda?  Can you move the speaker closer to you?  Has
23    your license been suspended?
24         MARKED BY THE REPORTER:
25         DEPOSITION EXHIBIT AA

**Page 18**

1      9:58 a.m.

2 A.  Can you repeat that.  It was breaking up.

3 Q.  Okay.  We're looking at a document marked Exhibit AA.

4    It says "Business: Resilient Outdoor Living."  Do you

5    see that?

6 A.  Yes.

7 Q.  It says "License No. 262400589."  Do you see that?  I

8    need you to say "yes" or "no."  You can't shake your

9    head.

10        MR. PHILLIPS:  She's been saying "yes,"

11    Jeff.  I don't know if you're picking it up.  She's

12    giving verbal answers.

13        THE COURT REPORTER:  I can't hear them

14    either.

15        MR. BIGELMAN:  Yeah.  You need to speak

16    louder.

17        THE WITNESS:  Okay.

18 BY MR. BIGELMAN:

19 Q.  Do you see "License issue date, July 19, 2024"?

20 A.  Yes.

21 Q.  Do you see "License status, Section 2405 suspension"?

22    Do you see that?

23 A.  Yes.

24 Q.  And I believe you testified earlier that you didn't

25    get your builder's license until January 2025.  Is

**Page 19**

1    that right?

2 A.  Yeah.

3 Q.  Whose license was being used for Resilient Outdoor

4    Living that was suspended?

5        MR. PHILLIPS:  Foundation.

6        Go ahead, if you know.

7        THE WITNESS:  Before that, it was my

8    husband's, Brandon.

9 BY MR. BIGELMAN:

10 Q.  Okay.  So Resilient Outdoor Living was using Brandon's

11    license before it was suspended; is that right?

12 A.  Yes, yes.

13 Q.  Has Resilient Outdoor Living ever used anyone's

14    builder's license aside from yours and your husband's?

15 A.  No.

16 Q.  (Inaudible) against your builder's license?

17 A.  What was that?

18 Q.  Has anyone filed a complaint against your builder's

19    license?

20 A.  Not that I'm aware of.

21 Q.  Do you draw a salary from Resilient Outdoor Living?

22        MR. PHILLIPS:  Can you please repeat the

23    question.

24 BY MR. BIGELMAN:

25 Q.  Do you draw a salary from Resilient Outdoor Living?

**Page 20**

1 A.  Do I draw a salary?

2 Q.  Correct.

3 A.  I pay myself when I can.

4 Q.  Does your husband take a salary or commission from

5    Resilient Outdoor Living?

6 A.  Same thing, I pay him when I can.

7 Q.  What about D.J. Wolf?

8 A.  He is paid hourly.

9 Q.  What does he do?

10 A.  Laborer.

11 Q.  What assets did Exigent Landscaping use to operate?

12        MR. PHILLIPS:  Form.

13        Go ahead.

14        THE WITNESS:  I have no idea.

15 BY MR. BIGELMAN:

16 Q.  Did it have computers?

17 A.  Yeah.

18 Q.  How many computers did it have?

19 A.  I have no idea.

20 Q.  Did it have machinery and equipment?

21 A.  Yeah.

22 Q.  What else did it have?  Did it have hand tools?

23 A.  I think so.

24 Q.  Are any of those items being used for Resilient

25    Outdoor Living?

**Page 21**

1 A.  None of the stuff that was owned by Exigent is being

2    used because I think it was all taken.

3 Q.  What does Resilient Outdoor Living use to operate?

4        MR. PHILLIPS:  Mandy, you can go ahead and

5    answer.

6        But, Jeff, this has nothing to do with

7    underlying proofs, yet again.

8        Go ahead and answer, Amanda, but this is

9    getting ridiculous.

10        THE WITNESS:  We use one truck that --

11    myself and Brandon are cosigned on that, like,

12    personally, and then we also use a Dingo that I

13    believe Brandon purchased personally, and same thing;

14    there's a trailer or two trailers we use that Brandon

15    also, I believe, purchased personally.  But other than

16    that, yeah, I don't know.  That's it.  We use my

17    car -- my personal car, too.

18 BY MR. BIGELMAN:

19 Q.  This is Resilient Outdoor Living; correct?

20 A.  Yes.

21 Q.  In the middle of the screen it says "Resilient Outdoor

22    Living, professional hardscaping, landscaping, pool

23    building experts in Michigan."  Do you see that?

24 A.  Yes.

25 Q.  I believe you testified before that this company had

Page 22

1    not built any pools. Is that still your answer?
2  A. Yeah. Yep, we have not built any yet.
3  Q. In the upper left-hand corner it has a cross. Do you
4    see that?
5  A. Yes.
6  Q. I believe Exigent Landscaping had the same type of
7    cross in its logo. Correct?
8  A. It did.
9        MR. PHILLIPS: Jeff, move on.
10       I mean, quit answering questions on this.
11       You haven't asked her anything about the
12   underlying issue, maybe with the exception of the
13   permits. This isn't a creditor's exam. Exigent isn't
14   a party to this case. Resilient isn't a party to this
15   case. Amanda isn't a party to this case. Move on.
16   Go ahead and ask the next question.
17       I may have to advise you not to answer.
18       Please go ahead.
19 BY MR. BIGELMAN:
20 Q. Who is Hank Bell to you?
21 A. He's nobody to me.
22 Q. Are you related to him? Is your husband related to
23   him?
24 A. No.
25 Q. Do you know him?

Page 23

1  A. Mm-hmm. Yes, I know him.
2  Q. Has he done work for your company, Resilient Outdoor
3    Living?
4  A. No.
5        MR. BIGELMAN: I don't have any further
6    questions for this witness.
7        MR. PHILLIPS: Thank you. No questions.
8        THE VIDEOGRAPHER: Okay. This concludes
9    today's testimony. We are off the record at
10   10:08 a.m.
11       (The deposition was concluded at 10:08 a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 24

1              CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN )
3                   ) SS
4  COUNTY OF OAKLAND )
5
6        I, Susanne Ellen Gorman, a Notary Public in
7    and for the above county and state, do hereby certify
8    that the above deposition was taken before me via
9    virtual technology; that the witness was by me first
10   duly sworn to testify to the truth and nothing but the
11   truth; that the foregoing questions asked and answers
12   made by the witness were duly recorded by me
13   stenographically and reduced to computer
14   transcription; that this is a true, full, and correct
15   transcript of my stenographic notes so taken; and that
16   I am not related to, nor of counsel to either party,
17   nor interested in the event of this cause.
18
19
20
21   Susanne Ellen Gorman, CSR-9271, RPR
22   Notary Public,
23   Oakland County, Michigan.
24
25 My commission expires: September 14, 2029

**1**

**100** 14:5
**10:08** 23:10,11
**14450** 10:15
**19** 17:20 18:19

**2**

**2018** 7:5
**2019** 8:17,18,19 10:10,12
**2021** 6:19 9:1
**2022** 10:25
**2023** 6:14
**2024** 17:20 18:19
**2025** 4:2,7 7:12 18:25
**22** 4:2,7
**2405** 17:20 18:21
**262400589** 18:7

**3**

**30th** 6:19

**5**

**586-383-8308** 11:20
**586-802-9690** 11:15

**6**

**60749** 11:11

**8**

**8-31-22** 15:6
**80,000** 13:16

**9**

**9:30** 4:3
**9:32** 4:7
**9:47** 13:2
**9:53** 15:19
**9:56** 17:4
**9:58** 18:1

**A**

**a.m.** 4:3,7 13:2 15:19 17:4 18:1 23:10,11
**AA** 17:18,25 18:3
**acquire** 9:9,12
**action** 12:17
**additional** 9:12
**address** 10:8,10,14,21 11:6,10
**adversary** 5:6
**advice** 13:3
**advise** 10:3 15:10,22 17:12 22:17
**agent** 16:10
**agreement** 4:20
**ahead** 12:23 19:6 20:13 21:4,8 22:16,18
**alcohol** 6:1
**Alex** 16:24
**Amanda** 4:5 5:2 6:9,11 12:19 14:16,18,20 15:10 17:22 21:8 22:15
**Amendment** 10:4,6 15:11,13,23 16:6,9,12
**analyst** 8:25
**answering** 22:10
**answers** 5:17 18:12
**anyone's** 19:13
**Application** 15:4

**applications** 16:7
**apply** 9:20
**applying** 9:23
**arbitration** 17:16
**assets** 20:11
**assist** 9:23
**assumed** 7:22
**attorney** 5:20
**attorneys** 4:8
**authority** 9:15
**aware** 19:20

**B**

**bachelor's** 7:1,6
**back** 13:1
**bankruptcy** 12:2
**Basically** 9:3
**behalf** 4:10,13 9:20
**Bell** 22:20
**Bell's** 16:7
**bheitmann12@yahoo.com** 16:3
**Bigelman** 4:10 5:5,11,24 6:6 10:1,7 12:18,24 13:5 14:13,15, 24 15:2,14 16:1 17:8,10,17 18:15,18 19:9,24 20:15 21:18 22:19 23:5
**bit** 12:3
**bought** 10:22
**Bournemuth** 10:15
**Boyd** 16:24
**Brandon** 6:16 19:8 21:11,13,14
**Brandon's** 10:12 19:10
**breaking** 18:2
**bring** 12:22
**brought** 5:7

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

build 8:1

builder's 7:9 18:25 19:14,16,18

building 21:23

built 22:1,2

business 7:15,16,17,19 18:4

---

### C

call 6:9

called 7:17

capital 12:7

car 21:17

case 12:14 22:14,15

certifications 7:8

certified 4:16

change 8:21,23 10:16

changed 6:22 8:25 13:12

check 9:15

checks 9:17

cleanings 7:21

clear 5:14,16

client 5:7

closed 14:3

closer 17:22

combined 11:5

commission 20:4

company 7:25 8:20 9:21 14:3 21:25 23:2

complaint 5:8 19:18

computers 20:16,18

concluded 23:11

concludes 23:8

Construction 16:10

Contracting 16:14

Contractors 16:11

---

convicted 6:7

corner 15:6 22:3

corporate 12:11

correct 20:2 21:19 22:7

correctly 13:17

cosigned 21:11

counsel 9:10 16:22

couple 12:3

court 4:8,14 5:12 9:10 13:1 18:13

creditor's 12:10,15,16 22:13

Creek 11:11

crime 6:7

cross 22:3,7

---

### D

D.J. 8:7,10 20:7

D.j.'s 8:8

damages 12:13

date 17:20 18:19

dated 15:6

December 6:19

Defendant 4:13

degree 7:1,4,6

degrees 7:6

deposition 4:1,5,17 5:6,9 15:18 17:3,25 23:11

deposits 9:17

designer 8:19,20

Dingo 21:12

direct 12:20

dismissed 17:15

document 15:3,9 18:3

draw 19:21,25 20:1

Drive 10:15 11:11

---

drug 6:1

duly 5:3,6

duties 9:2

---

### E

earlier 7:11 18:24

education 6:23

efficient 9:4,6,8

employee 8:4,6 16:10

employees 8:3

equipment 4:18 11:3 20:20

exam 12:10,15,16 22:13

examination 5:19 6:5

examined 5:3

exception 22:12

Exhibit 15:15,18 16:25 17:3,18, 25 18:3

Exigent 8:10,12 9:13,15 10:8 11:17,23 12:1 13:6,18 14:10 16:14 20:11 21:1 22:6,13

experts 21:23

---

### F

fact 9:17 12:13

fairly 5:11

February 7:13

filed 12:1 19:18

Forest 11:11

Form 20:12

Foundation 19:5

---

### G

give 4:24 5:17

giving 12:16 18:12

Good 4:14

Gorman 4:15

guess 8:19 13:12

guys 8:1 12:13 14:13

---

**H**

half 13:13

hand 20:22

handwriting 15:9

Hank 16:7 22:20

happened 12:1

happy 5:15

hardscaping 21:22

head 11:7 18:9

health 5:25

hear 14:20,23,24 16:16 18:13

Heitmann 6:16

held 4:17

high 6:23

home 10:13,22,23

hourly 20:8

house 11:1

hundred 13:14

husband 8:5 20:4 22:22

husband's 5:6 14:1 19:8,14

---

**I**

idea 14:4 20:14,19

identify 4:8

impair 5:25 6:2

improvement 8:25

Inaudible 16:15 19:16

indiscernible 9:9

information 17:19

interest 14:10

invoke 9:24 10:4,5 15:11,12,23
16:6,9,12

issue 5:25 6:1 17:20 18:19 22:12

items 20:24

---

**J**

January 7:11,12,13 18:25

Jeff 9:24 12:23 14:22 17:6,13
18:11 21:6 22:9

Jeffrey 4:10

job 9:2

judge 12:22

judgment 12:11

July 4:2,6 6:14 17:20 18:19

---

**K**

kind 7:19

---

**L**

Laborer 20:10

landscape 8:20

landscaping 7:20 8:10,12 9:13
10:8 11:17,23 13:6 14:11 20:11
21:22 22:6

lawsuit 16:21,23 17:1,11

left-hand 22:3

legal 6:21 13:3 17:12

license 7:9 17:19,20,23 18:7,19,
21,25 19:3,11,14,16,19

licenses 7:8

licensing 17:18

live 6:11,12

lived 6:13

Living 7:18 11:8,13,24 12:5,8
14:6 17:19 18:4 19:4,10,13,21,
25 20:5,25 21:3,19,22 23:3

LLC 14:11

logo 22:7

long 6:13,18 9:7 11:19

louder 18:16

---

**M**

machinery 20:20

maiden 6:21

majority 11:21

make 5:14,20 9:3,6,8,17,18 13:15

making 5:13,21

Mandy 21:4

manner 9:5

marked 15:15,17 16:25 17:2,18,
24 18:3

married 6:16,18

materials 16:13

members 9:8

memory 5:25 6:2

Michigan 4:15 7:3 10:15 11:12
21:23

middle 21:21

Mm-hmm 23:1

Mohamed 5:7

moment 7:20 8:2

money 13:6

months 12:3 13:24

morning 4:14

move 12:14 17:22 22:9,15

---

**N**

nonverbal 14:17

notary 4:16

noticed 5:6

number 11:13,16,17,20

## O

**oath** 5:4

**objection** 5:21

**objections** 5:20

**obtain** 7:10

**office** 10:20 11:2,4,6

**opening** 11:24

**operate** 10:8,11,16,22,25 11:8 20:11 21:3

**operated** 10:12

**Outdoor** 7:18 11:8,13,24 12:4,8 14:5 17:19 18:4 19:3,10,13,21, 25 20:5,25 21:3,19,21 23:2

**owned** 21:1

**owner** 12:4 14:5

**ownership** 14:10

## P

**P78280** 4:12

**paid** 13:6,13 20:8

**parents'** 10:13 11:1

**parties** 4:20,21

**party** 22:14,15

**past** 6:23 7:6

**pay** 13:15,16 20:3,6

**payroll** 13:18,25

**people's** 13:15

**percent** 14:5

**period** 13:7,19

**Permit** 15:4

**permits** 9:20,23,25 16:8 22:13

**person** 4:22

**personal** 21:17

**personally** 16:18 21:12,13,15

**Phillips** 4:12 9:24 10:3 12:9,20 14:22 15:10,22 17:6,9,13 18:10 19:5,22 20:12 21:4 22:9 23:7

**phone** 11:13,17

**picking** 18:11

**pierce** 12:11

**piercing** 12:17

**Pisarski** 4:6 5:2 6:21

**plaintiff** 4:11 16:23

**point** 8:15,21,24 10:9,16 11:4 13:14

**points** 5:19

**pool** 7:20 15:4 21:22

**pools** 8:1 22:1

**prescription** 6:1

**presume** 5:17

**previous** 13:1

**private** 17:16

**proceeding** 5:7

**process** 8:25 9:3,7,23 11:15

**professional** 21:22

**proofs** 12:12 21:7

**public** 4:16

**purchased** 21:13,15

**purchasing** 16:13

**purposes** 15:15

**pursuant** 4:20

**put** 14:14

## Q

**question** 9:11 12:19,24 13:2 19:23 22:16

**questions** 5:13,18 22:10 23:6,7

**quit** 22:10

## R

**read** 13:1

**Rebecca** 16:24

**recall** 9:14 11:7

**receive** 7:4

**record** 4:4 5:13,14,16,22 15:15 23:9

**reductions** 13:15

**related** 22:22

**remember** 6:14 10:21 13:16

**Remote** 4:1

**remotely** 4:6,20

**repeat** 9:10 12:24 18:2 19:22

**reporter** 4:9,14,16,18 5:12 9:10 13:1 15:17 17:2,24 18:13

**required** 5:21

**Residential** 7:9

**Resilient** 7:18 11:8,13,24 12:4,7 14:5 17:19 18:4 19:3,10,13,21, 25 20:5,24 21:3,19,21 22:14 23:2

**resolved** 17:11,14

**response** 14:17,25

**responsible** 13:18 16:13

**responsive** 5:18

**restate** 5:15

**ridiculous** 21:9

**right-hand** 15:6

**role** 8:14

**room** 4:19

**rope** 12:9,16

**running** 13:25

## S

**Saad** 5:7

salary 13:9,10,11 14:1 19:21,25
20:1,4

sales 9:3,7

school 6:23

screen 14:14,16,18 21:21

Section 18:21

shake 18:8

Shelby 10:15,20 11:2,3,5

shorthand 4:16

Showing 16:25 17:18

shut 13:20,22,23

sign 16:7

simple 5:11

slash 11:6

sole 12:4

solemnly 4:23

speak 18:15

speaker 17:22

start 8:16 12:7

started 6:20 10:10

state 4:16 7:3 10:2

stated 5:16 6:20

status 17:20 18:21

stipulate 4:21

street 6:1

stuff 21:1

sued 16:18

Susannah 4:15

suspended 17:23 19:4,11

suspension 17:21 18:21

swear 4:9,23

Swimming 15:3

switching 11:15

sworn 4:19,22 5:3

**T**

taking 12:15

talking 17:1

team 9:8

technically 17:14

testified 5:4 18:24 21:25

testimony 4:21,23 23:9

thing 20:6 21:13

thousand 13:14

tied 7:15

time 4:7 8:15,21 10:9 11:19,21
13:7,19 14:1,2

title 8:18,19,21,24

titled 15:3

titles 9:12

today 4:6 5:5 6:3

today's 23:9

tools 20:22

top 11:7

Township 6:12 10:15,20 11:2,3,
5,11

trailer 21:14

trailers 21:14

truck 21:10

truth 4:24,25

Tuesday 4:2

Tyler 4:12 17:7

type 7:15 22:6

**U**

underlying 21:7 22:12

understand 5:14

University 7:3

upper 22:3

**V**

veil 12:12

verbal 18:12

video-recorded 4:5

videoconferencing 4:18

**W**

Warehouse 11:9

Washington 6:12 11:11

website 11:14

withdrawals 9:18

Wolf 8:9,10 20:7

work 8:10,12 23:2

working 8:16 9:13 11:23

write 9:17 15:21 16:5

writing 9:15

**Y**

yard 11:3,4,6

year 6:15 7:11 13:8,10

**Z**

Zoom 4:6

