UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Adv. Pro. No. 24-04375-mar

**ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT BRIEF IN EXCESS OF PAGE LIMIT**

THIS MATTER came before the Court on the Plaintiff's Ex Parte Motion for Leave to File Motion for Summary Judgment Brief in Excess of Page Limit (ECF. No. 91). The Court has reviewed the pertinent pleadings and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Plaintiff's Ex Parte Motion for Leave to File Motion for Summary Judgment Brief in Excess of Page Limit is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff is permitted to file a brief in Support of his Motion for Summary Judgment in a length of up to 30 pages, exclusive of exhibits.

**Signed on August 5, 2025**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**