UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Adv. Pro. No. 24-04375-mar

**CORRECTED**
**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Mohamed Saad, Plaintiff ("Plaintiff"), has filed a Motion for Summary Judgment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion or objection, or if you want the court to consider your views on the motion or objection, within twenty-one (21) days of the date of this notice, you or your attorney must:

1. File with the court a written response or an answer[1], explaining your position at:

    **United States Bankruptcy Court**
    **211 West Fort Street, Suite 2100**
    **Detroit, Michigan 48226**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

If you mail your response to the court for the filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

| | |
|---|---|
| Jeffrey H. Bigelman, Esq. | Office of the U.S. Trustee |
| OSIPOV BIGELMAN, P.C. | 211 W. Fort Street, Suite 700 |
| 20700 Civic Center Drive, Suite 420 | Detroit, Michigan 48226 |
| Southfield, MI 48076 | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the matter and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

                                                  Respectfully Submitted,
                                                  **OSIPOV BIGELMAN, P.C.**

DATED: August 5, 2025                /s/ Jeffrey H. Bigelman
                                                  JEFFREY H. BIGELMAN (P61755)
                                                  Attorneys for Plaintiff
                                                  20700 Civic Center Drive, Ste. 420
                                                  Southfield, MI 48076
                                                  Phone: (248) 663-1800 Fax: (248) 663-1801
                                                  Email: jhb@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BRANDON HEITMANN,

    Debtor.
_____/

MOHAMED SAAD,

    Plaintiff,

v.

BRANDON HEITMANN,

    Defendant.
_____/

Chapter 7
Case No. 24-41956-MAR
Hon. Mark A. Randon

Adv. Pro. No. 24-04375-mar

## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2025, I served a copy of the *CORRECTED NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT* with the Clerk of the Court using the Court's CM/ECF System, which will send electronic notification of such filing to all parties listed by the court as receiving electronic notices in this case from the court's CM/ECF system registered on the ECF System, including:

**Notice will be electronically mailed to:**

Robert N. Bassel on behalf of Defendant Brandon Heitmann
bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com

Jeffrey H. Bigelman on behalf of Plaintiff Mohamed Saad
jhb_ecf@osbig.com, tc@osbig.com;mk@osbig.com

Anthony James Miller on behalf of Plaintiff Mohamed Saad
am@osbig.com

Yuliy Osipov on behalf of Plaintiff Mohamed Saad
yotc_ecf@yahoo.com, yo_ecf@osbig.com;tc_ecf@osbig.com

Tyler Phillips on behalf of Defendant Brandon Heitmann

tphillips@kotzsangster.com,
lpfund@kotzsangster.com;mdelorme@kotzsangster.com;aclark@kotzsangster.com

|  | Respectfully Submitted,<br>**OSIPOV BIGELMAN, P.C.** |
|---|---|
| DATED: August 5, 2025 | /s/ Jeffrey H. Bigelman<br>JEFFREY H. BIGELMAN (P61755)<br>Attorneys for Plaintiff<br>20700 Civic Center Drive, Ste. 420<br>Southfield, MI 48076<br>Phone: (248) 663-1800 Fax: (248) 663-1801<br>Email: jhb@osbig.com |