# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Brandon Heitmann | Case No.: 24−41956−mar<br>Chapter 7<br>Judge: Mark A. Randon |
| Mohamed Saad<br>Plaintiff | Adv. Proc. No. 24−04375−mar |
| v. | |
| Brandon Heitmann<br>Defendant | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*86* – First Motion For Summary Judgment Filed by Defendant Brandon Heitmann (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit Exhibit 2 Notice of Motion # 3 Exhibit Exhibit 3 –Brief # 4 Exhibit Exhibit 4 – Proof of Servie # 5 Exhibit Exhibit 5– Int. Omitted # 6 Exhibit Exhibit 6a # 7 Exhibit Exhibit 6b) (Phillips, Tyler)

*89* – Motion For Summary Judgment Filed by Plaintiff Mohamed Saad (Attachments: # 1 Brief in Support # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Exhibit H # 10 Exhibit I # 11 Exhibit J # 12 Exhibit K # 13 Exhibit L # 14 Exhibit M # 15 Exhibit N # 16 Exhibit O # 17 Exhibit P # 18 Exhibit Q) (Bigelman, Jeffrey)

will be held on: 9/22/25 at 02:00 PM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

Dated: 8/26/25

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court