# EXHIBIT A



# SWORN STATEMENT

State of: Michigan

County of: _____

_____ is the (owner)(contractor)(subcontractor)

(Deponent) being duly sworn, states the following: That

for an improvement to the following described real property situated in _____ County, Michigan, described as follows: (Insert legal description and/or address below)

Commonly Known As:

The following is a statement of each subcontractor and supplier, and laborer, for whom wages or fringe benefits and withholdings is due but unpaid, with whom the contractor/subcontractor has contracted/subcontracted for performance under the contract with the owner or lessee of the property and the amounts due to the persons as of the date of this statement are correctly and fully set forth opposite their names. The contractor has not procured material from, or subcontracted with any person other than those set forth and owes no money for the improvement other than the sums set forth.

| NO. | NAME, ADDRESS & PHONE OF SUBCONTRACTOR, SUPPLIER, OR LABORER | TYPE OF IMPROVEMENT FURNISHED | TOTAL CONTRACT PRICE | ADJ CONTRACT PRICE / CHANGE ORDER + / ( - ) | CURRENT CONTRACT | AMOUNT ALREADY PAID | AMOUNT CURRENTLY OWING | BALANCE TO COMPLETE |
|---|---|---|---|---|---|---|---|---|
| 1 | | Architectural Services | | | | | $ | $ |
| 2 | | Permits | | | | | $ | $ |
| 3 | | Excavation | | | | | $ | $ |
| 4 | | Sand/ Gravel/Backfill | | | | | $ | $ |
| 5 | | Basement Walls | | | | | $ | $ |
| 6 | | Structural Steel | | | | | $ | $ |
| 7 | | Rough Lumber/Trusses | | | | | $ | $ |
| 8 | | Finish Lumber | | | | | $ | $ |
| 9 | | Rough Framing | | | | | $ | $ |
| 10 | | Finish Carpentry | | | | | $ | $ |
| 11 | | Windows & Door | | | | | $ | $ |
| 12 | | Roofing Labor/Material | | | | | $ | $ |
| 13 | | Insulation | | | | | $ | $ |
| 14 | | Brick | | | | | $ | $ |
| 15 | | Mason Labor/Material | | | | | $ | $ |

| # | Item | | | | | Total |
|---|---|---|---|---|---|---|
| 16 | Siding/Gutters | | | | | $ |
| 17 | Rough Plumbing | | | | | $ |
| 18 | Finish Plumbing | | | | | $ |
| 19 | Rough Electrical | | | | | $ |
| 20 | Finish Electrical | | | | | $ |
| 21 | Drywall Labor | | | | | $ |
| 22 | Drywall Material | | | | | $ |
| 23 | Cement Work-Inside | | | | | $ |
| 24 | Cement Work-Outside | | | | | $ |
| 25 | Rough Heating/Air | | | | | $ |
| 26 | Finish Heating/Air | | | | | $ |
| 27 | Ceramic Tile | | | | | $ |
| 28 | Painting Labor/Material | | | | | $ |
| 29 | Kitchen Cabinents | | | | | $ |
| 30 | Countertops | | | | | $ |
| 31 | Garage Door | | | | | $ |
| 32 | Final Grading | | | | | $ |
| 33 | Electrical Fixtures | | | | | $ |
| 34 | Carpeting | | | | | $ |
| 35 | Floor Covering | | | | | $ |
| 36 | Built-in Appliances | | | | | $ |
| 37 | Well | | | | | $ |
| 38 | Septic | | | | | $ |
| 39 | Fireplace | | | | | $ |
| 40 | Driveway | | | | | $ |
| 41 | Landscaping | | | | | $ |
| 42 | General Contractor's fee | | | | | $ |
| 43 | Overrun | | | | | $ |
| **TOTALS** | | | | | | $ |

I make this statement as the (contractor)(subcontractor) or as the _____ of the contractor/subcontractor to represent to the owner or lessee of the property or his or her agents that the property is free from claims of construction liens, or the possibility of construction liens, except as specifically set forth in this statement and except for claims of Construction Liens by laborers that may be provided under section 109 of the Construction Lien Act, 1980 PA 497, MCL 570.1109.

WARNING TO OWNER OR A LESSEE: AN OWNER OR A LESSEE OF THE PROPERTY MAY NOT RELY ON THIS SWORN STATEMENT TO AVOID THE CLAIM OF A SUBCONTRACTOR, SUPPLIER, OR LABORER WHO HAS PROVIDED A NOTICE OF FURNISHING OR A LABORER WHO MAY PROVIDE A NOTICE OF FURNISHING UNDER SECTION 109 OF THE CONSTRUCTION LIEN ACT, 1980 PA 497, MCL 570.1109, TO THE DESIGNEE OR TO THE OWNER OR LESSEE IF THE DESIGNEE IS NOT NAMED OR HAS DIED.

IF THIS SWORN STATEMEMT IS IN REGARD TO A RESIDENTIAL STRUCTURE, ON RECEIPT OF THIS SWORN STATEMENT, THE OWNER OR LESSEE, OR THE OWNER'S OR LESSEE'S DESIGNEE, MUST GIVE NOTICE OF ITS RECEIPT, EITHER IN WRITING, BY TELEPHONE, OR PERSONALLY, TO EACH SUBCONTRACTOR, SUPPLIER, AND LABORER, WHO HAS PROVIDED A NOTICE OF FURNISHING UNDER SECTION 109 OR, IF A NOTICE OF FURNISHINGS IS EXCUSED UNDER SECTION 109 OR 108A, TO EACH SUBCONTRACTOR, SUPPLIER, AND LABORER NAMED IN THE SWORN STATEMENT. IF A SUBCONTRACTOR, SUPPLIER, OR LABORER WHO HAS PROVIDED A NOTICE OF FURNISHING OR WHO IS NAMED IN THE SWORN STATEMENT MAKES A REQUEST, THE OWNER, LESSEE, OR DESIGNEE SHALL PROVIDE THE REQUESTER A COPY OF THE SWORN STATEMENT WITHIN 10 BUSINESS DAYS AFTER RECEIVING THE REQUEST

WARNING TO DEPONENT: A PERSON WHO GIVES A FALSE SWORN STATEMENT WITH INTENT TO DEFRAUD IS SUBJECT TO CRIMINAL PENALTIES AS PROVIDED IN SECTION 110 OF THE CONSTRUCTION LIEN ACT, 1980 PA 497, MCL 570.1110.

_____
Deponent

Subscribed and sworn to before me this _____ day of _____

_____
Notary Public

_____ County, Michigan

My commission expires: _____