UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

BRANDON HEITMANN                   Chapter 7
                                                     Case No. 24−41956−mar
                                                     Hon. Mark Randon

                 Debtor(s)
_____/

MOHAMED SAAD,

     Plaintiff,

V

BRANDON HEITMANN                   Adv. Pro. No. 24-04375-mar

     Defendant.
_____/

**STIPULATION TO ADJOURNMENT OF**
**JOINT FINAL PRETRIAL CONFERENCE AND TRIAL**

      Plaintiff, Mohamed Saad, and Defendant, Brandon Heitmann, by and through their undersigned counsel, hereby stipulate and agree to entry of the attached order, and as follows:

1. The final pretrial conference in this matter is currently scheduled for February 23, 2026, at 2:00 p.m.

2. The trial in this matter is currently scheduled for March 24, 2026, at 10:00 a.m.

3. On February 16, 2026, the parties filed a stipulation to mediate this matter, with mediation to be completed by April 1, 2026 (see Docket No. 113).

5. Mediation may eliminate the need for a trial in this matter, or elsewise limit its scope.

6. Therefore, in the interest of judicial economy, the Plaintiff and Defendant request an adjournment of the deadline to submit the joint final pretrial report, the hearing on the joint final pretrial conference, and the trial until after mediation is completed.

| **OSIPOV BIGELMAN, P.C.** | **KOTZ SANGSTER WYSOCKI P.C.** |
|---|---|
| /s/ Anthony J. Miller | /s/ Tyler P. Phillips (with Consent) |
| ANTHONY J. MILLER (P71505) | TYLER P. PHILLIPS (P78280) |
| JEFFREY H. BIGELMAN (P61755) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 400 Renaissance Center, Suite 3400 |
| 20700 Civic Center Drive, Suite 420 | Detroit, MI 48243 |
| Southfield, MI 48076 | (313) 259-8300 / (313) 259-1451 |
| (248) 663-1804 | tphillips@kotzsangster.com |
| am@osbig.com / jhb@osbig.com | |

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| BRANDON HEITMANN | Chapter 7<br>Case No. 24−41956−mar<br>Hon. Mark Randon |

                Debtor(s)
_____/

MOHAMED SAAD,

    Plaintiff,

V

| | |
|---|---|
| BRANDON HEITMANN | Adv. Pro. No. 24-04375-mar |

    Defendant.
_____/

## ORDER ADJOURNING FINAL PRETRIAL CONFERENCE AND TRIAL

Plaintiff, Mohamed Saad, and Defendant, Brandon Heitmann having so stipulated, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that the deadline for the filing of the joint final pretrial report is extended to and through _____.

**IT IS FURTHER ORDERED** that the final pretrial conference is adjourned to _____.

**IT IS FURTHER ORDERED** that the trial is adjourned to _____.