UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

BRANDON HEITMANN

       Debtor(s)

_____/

MOHAMED SAAD,

    Plaintiff,

V

BRANDON HEITMANN

    Defendant.

_____/

Chapter 7
Case No. 24−41956−mar
Hon. Mark Randon

Adv. Pro. No. 24-04375-mar

## STIPULATION TO ENTRY OF ORDER DISMISSING
## ADVERSARY PROCEEDING WITH PREJUDICE

Plaintiff, Mohamed Saad, and Defendant, Brandon Heitmann, by and through their respective counsels, hereby stipulate and agree to entry of an order dismissing this adversary proceeding with prejudice.

Stipulated and Agreed:

**OSIPOV BIGELMAN, P.C.**　　　　　　**APEX LAW**

 /s/ Anthony J. Miller 　　　　　　/s/ Tyler P. Phillips (with Consent)
ANTHONY J. MILLER (P71505)　　TYLER P. PHILLIPS (P78280)
JEFFREY H. BIGELMAN (P61755)　*Attorneys for Defendant*
*Attorneys for Plaintiff*　　　　　　32900 Five Mile Road
20700 Civic Center Drive, Suite 420　Livonia, MI 48154
Southfield, MI  48076　　　　　　(734) 888-8399
(248) 663-1804　　　　　　　　tphillips@apexgrouplaw.com
am@osbig.com / jhb@osbig.com

IN THE MATTER OF:

BRANDON HEITMANN

Chapter 7
Case No. 24−41956−mar
Hon. Mark Randon

Debtor(s)

_____/

MOHAMED SAAD,

Plaintiff,

V

BRANDON HEITMANN

Adv. Pro. No. 24-04375-mar

Defendant.

_____/

[*proposed*]
## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

This matter came before the Court upon stipulation ("Stipulation"; ECF No. __) by and between Plaintiff, Mohamed Saad, and Defendant, Brandon Heitmann. Based on the Stipulation, the Court finds cause for entry of this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that this adversary proceeding is **DISMISSED** with prejudice, without assessment of any costs or fees to either party.